STATE OF NEW JERSEY v. LOUIS WRIGHT.

June 17, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. VERNON GOODWIN.

June 17, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM R. BENNING.

June 17, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. PAULA GARVAL ENSLIN.

June 17, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. GEORGE KILDAY.

June 17, 1986.

Petition for certification denied.